# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**156**

**CA 14-01368**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND VALENTINO, JJ.

---

TAG MECHANICAL SYSTEMS, INC.,
PLAINTIFF-RESPONDENT,

V                                                          ORDER

DWORKIN CONSTRUCTION CORP. (USA),
DEFENDANT-APPELLANT.

---

DAVID O. WRIGHT, PEEKSKILL, FOR DEFENDANT-APPELLANT.

D'ARRIGO & COTE, LIVERPOOL (ROBERT M. COTE OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-----------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 7, 2014. The order denied defendant's motion to dismiss the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: February 6, 2015                    Frances E. Cafarell
                                             Clerk of the Court